UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVID AVILA-GAMEZ,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al.,<br>Respondents. | Case No.: 2:26-cv-00956-KES-HBK (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br>A-Number: 205-788-761<br>Docs. 1, 9, 13 |

Petitioner Jose David Avila-Gomez is an immigration detainee proceeding pro se on his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On March 18, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). Doc. 2. On March 31, 2026, the court converted the TRO to a motion for preliminary injunction, granted the motion for preliminary injunction, ordered Respondents to provide a bond hearing under 8 U.S.C. § 1226(a) and its implementing regulations, and referred the matter to the assigned magistrate judge for further proceedings. Doc. 9. The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2026, the assigned magistrate judge issued findings and recommendations concluding that petitioner's detention is governed by the discretionary

framework of 8 U.S.C. § 1226(a), and that he is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A). Doc. 13 at 2. The findings and recommendations noted that the preliminary injunction required respondents to provide an individualized bond hearing, and in a later filed, counseled, habeas action petitioner acknowledges respondents timely provided a bond hearing. *Id.* (citing *Avila Gamez*, No. 1:26-cv-04218-KES-HBK, Doc. 9 at 35). Thus, the assigned magistrate judge found that Petitioner's claim for a bond hearing is satisfied and moot. Doc. 13. The magistrate judge recommended terminating the preliminary injunction order (Doc. 9) as satisfied and dismissing the petition for writ of habeas corpus (Doc. 1) as moot.

The findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. Doc. 13 at 3. In addition, the parties were "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party has filed objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the court ORDERS:

1. The findings and recommendations issued on September 8, 2026 (Doc. 13) are ADOPTED in full;
2. The order granting preliminary injunction (Doc. 9) is TERMINATED as satisfied.
3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED AS MOOT.
4. The Clerk of the Court is directed to terminate any pending motions/deadlines and CLOSE the case.

IT IS SO ORDERED.

Dated: October 11, 2026

[signature]

UNITED STATES DISTRICT JUDGE